# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>black 2015 Chrysler 300 bearing Ohio registration<br>(HSU-5842) and Vehicle Identification Number (VIN)<br>2C3CCAAG8FH841952.  This vehicle is registered to and<br>known to be utilized by Robert W DAVIS a/k/a "Juice". | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 2: 19-mj-622 |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ Southern _____ District of _____ Ohio _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

AUGUST 16, 2019   NMK

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 3, 2019 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to   Any USM Judge, S.D. OHIO   .
                                                 *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    8/2/2019 @ 2:55pm _____
                                                  *Judge's signature*

City and state:      Columbus, Ohio _____      Norah McCann King, United States Magistrate Judge
                                                           *Printed name and title*

## Return

| Case No.:<br>2:19-mj-622 | Date and time warrant executed:<br>8/2/2019 7:50 A | Copy of warrant and inventory left with:<br>ROBERT DAVIS |
|---|---|---|

Inventory made in the presence of :
TFO ELLISON

Inventory of the property taken and name of any person(s) seized:

No ITEMS TAKEN

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/5/19

_____
Executing officer's signature

JACOB SMITH    DEA TFO
_____
Printed name and title

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

**2015 Black Chrysler 300** is described as a black 2015 Chrysler 300 bearing Ohio registration (HSU-5842) and Vehicle Identification Number (VIN) 2C3CCAAG8FH841952. This vehicle is registered to and known to be utilized by Robert W DAVIS a/k/a "Juice".

## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

The evidence to be searched for and seized is:

A. Methamphetamine and any other controlled substances;

B. Documents and other items tending to show dominion and control over the premises/vehicle, including, but not limited to, bills or other business-related documents, correspondence, photographs;

C. Documents or other items tending to identify co-conspirators and sources, including, but not limited to, letters, notes, memoranda, photographs, address and phone books, maps, organizers, or lists of names;

D. Items commonly used to facilitate drug trafficking, including but not limited to items such as firearms, ammunition, , cellular telephones, pay/owe sheets, packaging materials, "cut", scales, and grinders;

E. Likely proceeds of drug trafficking, such as United States currency and other negotiable instruments; and

F. Documents and other items tending to establish or hide the whereabouts of proceeds from drug trafficking, such as safes, keys to other locations, and financial records.